**Walter M. Yoka, Bar No. 94536**
*wyoka@yokasmith.com*
**David T. McCann, Bar No. 115971**
*dtmccann@yokasmith.com*
**Alice Chen Smith, Bar No. 251654**
*asmith@yokasmith.com*
**R. Bryan Martin, Bar No. 221684**
*bmartin@yokasmith.com*
**Davida M. Frieman Bar No. 232096**
*dfrieman@yokasmith.com*
**YOKA & SMITH, LLP**
445 South Figueroa St., 38th Floor
Los Angeles, California 90071
Phone: (213) 427-2300
Fax: (213) 427-2330

Attorneys for Defendants, NUTRIBULLET, LLC; CAPITAL BRANDS, LLC; HOMELAND HOUSEWARES, LLC; CALL TO ACTION, LLC; and NUTRILIVING, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIN GWILLIM, an individual; JOSHUA GWILLIM, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California | Case No.: 2:18-cv-03856-DDP (SSx) <br><br> **ORDER RE: STIPULATION OF DISMISSAL** <br><br> Complaint Filed: April 11, 2018 |

1

**ORDER**

Limited Liability Company, CALL TO )
ACTION, L.L.C., a California Limited )
Liability Company, NUTRILIVING, )
L.L.C., and DOES 1 through 10, )
inclusive, )
                                    )
            Defendants.              )
                                    )
_____)

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

DATED: January 22, 2019      By: _____
                                 Dean D. Pregerson
                                 United States District Court Judge